BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>MISAEL BARRAGAN-SILVA,<br>  aka Misael Naranjo-Mora,<br><br>            Defendant. | CASE NO. 2:13-CR-00364 JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: January 7, 2014<br>TIME: 9:45 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 7, 2014.

2. By this stipulation, defendant now moves to continue the status conference until January 21, 2014, and to exclude time between January 7, 2014, and January 21, 2014, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes 100 pages of documents, primarily from the defendant's immigration file. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendant was unexpectedly called away to attend to a family matter.

1    Additionally, counsel for defendant desires additional time consult with her client regarding the
2    pending charge in light of the discovery provided, conduct further investigation, and to otherwise
3    prepare for trial.
4          c)    Counsel for defendant believes that failure to grant the above-requested
5    continuance would deny her the reasonable time necessary for effective preparation, taking into
6    account the exercise of due diligence.  It would also deny the defendant continuity of counsel.
7          d)    The government does not object to the continuance.
8          e)    Based on the above-stated findings, the ends of justice served by continuing the
9    case as requested outweigh the interest of the public and the defendant in a trial within the
10   original date prescribed by the Speedy Trial Act.
11         f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
12   et seq., within which trial must commence, the time period of January 7, 2014 to January 21,
13   2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code
14   T4] because it results from a continuance granted by the Court at defendant's request on the basis
15   of the Court's finding that the ends of justice served by taking such action outweigh the best
16   interest of the public and the defendant in a speedy trial.
17   ///
18   ///
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 30, 2013                    BENJAMIN B. WAGNER
                                             United States Attorney


                                             /s/ NIRAV K. DESAI
                                             NIRAV K. DESAI
                                             Assistant United States Attorney


Dated:  December 30, 2013                    /s/ Shari Rusk
                                             (as authorized on 12/30/13)
                                             Shari Rusk, Esq.
                                             Counsel for Defendant
                                             Misael Barragan-Silva


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 30th day of December, 2013

                                             /s/ John A. Mendez
                                             THE HONORABLE JOHN A. MENDEZ
                                             UNITED STATES DISTRICT COURT JUDGE